IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHERYL WOODS,<br><br>    Plaintiff,<br><br>vs.<br><br>LEADING EDGE RECOVERY SOLUTIONS, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | FILED: JUNE 25, 2008<br>08CV3615<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE COX<br>   Civil Action No.<br>PH |

## COMPLAINT

NOW COMES the Plaintiff, CHERYL WOODS, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, LEADING EDGE RECOVERY SOLUTIONS, LLC, and alleging as follows:

### PRELIMINARY STATEMENT

1.  This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

### JURISDICTION AND VENUE

2.  Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

### PARTIES

3.  Plaintiff, Cheryl Woods, ("Plaintiff"), is an individual who was at all relevant times residing in the State of Massachusetts.

4.  At all relevant times herein, Defendant, Leading Edge Recovery Solutions, LLC, ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. § 1692a(6) in that it held itself out to be a company collecting a debt allegedly owed to Providian Bank.

5. Defendant is a corporation that has its principal place of business and its offices located in the State of Illinois.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. LEADING EDGE RECOVERY SOLUTIONS, LLC

6. In December of 2007, Plaintiff began receiving telephone calls from a representative of Defendant attempting to collect a debt allegedly owed to Providian Bank in the amount of approximately $10,000.00.

7. After first being contacted at her place of employment, Plaintiff advised defendant and gave notice that calls from Defendant could not be received at that number. Defendant nonetheless continued to contact Plaintiff at her place of employment.

8. In ensuing conversations, Plaintiff Defendant demanded Plaintiff pay a minimum of $100.00 per month because Defendant threatened to begin the process of having Plaintiff's wages garnished.

9. Plaintiff provided Defendant with her checking account number for Defendant to deduct $100.00 per month in January of 2008, and as of June of 2008, Defendant continued to deduct the $100.00 per month.

10. On a monthly basis Plaintiff received correspondence from Defendant notifying her of the deduction, however Defendant failed to reduce the balance of the debt owed to reflect the payments made.

11. In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

    a. Communicated with the consumer at the consumer's place of employment after the debt collector knows or has reason to know that the consumer's

employer prohibits the consumer from receiving such communication in violation of 15 U.S.C. § 1692c(a)(3); and

b.　　Used misleading, unfair or unconscionable means to collect or attempt to collect any debt when it agreed to set up three post dated check and the debt collector continued to withdraw funds for a total of six months in violation of 15 U.S.C. § 1692f and 15 U.S.C. § 1692e(10).

12.　　As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, CHERYL WOODS, by and through her attorneys, respectfully prays for judgment as follows:

a.　　All actual compensatory damages suffered;

b.　　Statutory damages of $1,000.00 for Plaintiff;

c.　　Plaintiff's attorneys' fees and costs;

d.　　Any other relief deemed appropriate by this Honorable Court.

***PLAINTIFF REQUESTS A TRIAL BY JURY ***

Respectfully Submitted,
**CHERYL WOODS**

By:　　s/Larry P. Smith
　　　　Attorney for Plaintiff

Larry P. Smith
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Ph.　　(312) 222-9028
Fax　　(312) 602-3911
e-mail　lsmith@lpsmithlaw.com