IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHERYL WOODS, | |
| Plaintiff, | |
| v. | No. 08 C 3615 |
| LEADING EDGE RECOVERY SOLUTIONS, LLC, | Judge Der-Yeghiayan |
| Defendant. | Magistrate Judge Cox |

### CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I electronically filed the foregoing **ANSWER TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Larry Paul Smith
> Larry P. Smith & Associates
> 205 N. Michigan Ave.
> 40th Floor
> Chicago, IL 60601

Respectfully submitted,

LEADING EDGE RECOVERY
SOLUTIONS, LLC


_s/ James V. Garvey_

James V. Garvey
VEDDER PRICE P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
E-Mail: jgarvey@vedderprice.com
Dated: July 21, 2008