IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHERYL WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-3615 |
| | ) | |
| LEADING EDGE RECOVERY SOLUTIONS, LLC, | ) | |
| | ) | Judge Der-Yeghiayan |
| Defendant. | ) | |

## STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the undersigned parties, that said action against LEADING EDGE RECOVERY SOLUTIONS, LLC, be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

DATED THIS  19th  day of August, 2008.


___/s Larry P. Smith_____
Larry P. Smith,
Larry P. Smith & Associates, Ltd.
For Plaintiff

___/s James V. Garvey_____
James V. Garvey
Vedder Price, PC
For Defendant


Name:         LARRY P. SMITH & ASSOCIATES, LTD.
Attorney for: Plaintiff
Address:      205 N. Michigan Ave., 40th floor
City:         Chicago, Illinois 60601
Telephone:    (312) 222-9028
E-mail:       lsmith@lpsmithlaw.com