**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHERYL WOODS,            )<br>                                      )<br>     Plaintiff,                 )<br>                                      )<br>     vs.                           )<br>                                      )<br>LEADING EDGE RECOVERY SOLUTIONS, LLC,)<br>                                      )<br>     Defendant.              ) | Civil Action No. 08-CV-3615<br><br>Judge Der-Yeghiayan |

**NOTICE OF FILING**

To:
James V. Garvey
Vedder Price, PC
222 N. LaSalle St, Suite 2600
Chicago, IL 60601
Email: jgarvey@vedderprice.com

    PLEASE TAKE NOTICE THAT ON August 19, 2008, I caused to be filed in the United States District Court for the Northern District of Illinois, a **Stipulation of Dismissal with Prejudice**, a copy of which is attached hereto and herewith served upon you.

                                                         By:    s/ Larry P. Smith
                                                                        Attorney for Plaintiff

| | |
|---|---|
| Name: | Larry P. Smith & Associates, Ltd. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, IL 60601 |
| Telephone: | 312-222-9028 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, an attorney, certify that I served this notice via e-mail to the above named party or parties at the above referenced address on August 19, 2008, by 5:00 p.m. from 205 N. Michigan Avenue, Chicago, IL 60601.

                                                         By:    s/ Larry P. Smith
                                                                    Attorney for Plaintiff